UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

05 MBD 10018

IN RE: PUBLIC OFFERING PLE
ANTITRUST LITIGATION

(Civ. No. 00-CV-7804(LMM)
pending in U.S.D.C. for the S.D.N.Y.)

Oral Argument Requested
Pursuant to L.R. 7.1(D)

# NON-PARTY STUART CABLE'S MOTION TO QUASH PLAINTIFFS' SUBPOENA AND FOR ATTORNEYS' FEES AND COSTS

Pursuant to Federal Rules of Civil Procedure 26 and 45, and Local Rule 7.1, nonparty Stuart Cable ("Mr. Cable") hereby files this Motion to Quash Plaintiffs' Subpoena. For the reasons stated in the accompanying Memorandum of Law, and exhibits attached thereto, Mr. Cable requests that this Motion be granted.

WHEREFORE, Mr. Cable respectfully requests that the Court: (i) Quash the subpoena in all respects; (ii) award Mr. Cable his attorneys' fees and costs incurred in connection with this Motion; and (iii) grant such other and further relief as this Court shall order.

## REQUEST FOR ORAL ARGUMENT

Mr. Cable believes oral argument may assist the Court and hereby requests oral argument on this Motion pursuant to Local Rule 7.1(D).

Dated: March 14, 2005

Respectfully submitted,

_____
Henry C. Dinger (BBO #125340)
Stephen H. Townsend (BBO #637714)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617-570-1897

Attorneys for Stuart Cable

## LOCAL RULE 7.1(A)(2) and 37.1 CERTIFICATE and CERTIFICATE OF SERVICE

I, Stephen H. Townsend, hereby certify pursuant to Local Rule 7.1(A)(2) and 37.1 that I conferred in good faith via telephone (on March 9, 10 and 11, 2005) with David E. Kovel, Esquire, counsel for Plaintiffs, in an attempt to resolve or narrow the issues presented in this Motion to Quash. The parties were unable to reach any agreement on the issues raised herein.

_____
Stephen H. Townsend

LIBA/1513816.1

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon attorney(s) of record for each party by hand on March 14, 2005.

_____