UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: PUBLIC OFFERING PLE ANTITRUST LITIGATION | ) ) ) ) | MBD NO. 05-10018-PBS |

## ORDER ON MOTION TO QUASH

After a telephone conference with counsel, the Motion to Quash (Docket No. 1) is allowed, without prejudice.  The plaintiffs have not put forth any evidence that the proposed deponent, Attorney Stuart Cable, was in any way involved with, or has any factual information about, the transactions at issue in this litigation.  The most the plaintiffs have to offer is the argument that it is statistically likely, given the breadth of Attorney Cable's experience representing issuers and underwriters in initial public offerings ("IPOs"), and the number of IPOs at issue, that he has some non-privileged factual information.  However, Attorney Cable has filed an affidavit stating that he has "had no involvement, professionally or personally, with the named Plaintiffs in the underlying litigation, including no involvement whatsoever in any IPO deals in which they participated."

The record presently before the court leads to the conclusion that the plaintiffs are seeking "disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party," which is precluded by Fed. R. Civ. P. 45(c)(2)(B)(ii).  See

<u>Statutory Comm. of Unsecured Creditors v. Motorola, Inc.</u>, 218 F.R.D. 325, 326 (D.D.C. 2003) (Fed. R. Civ. P. 45(c)(3)(B)(ii) protects individuals from subpoenas seeking "to take for free the product of an individual's diligence, research, and expertise," as long as the individual's information "does not describe events or occurrences in dispute."). Consequently, the motion to quash is allowed.  The subpoena may be renewed upon a more detailed showing that the plaintiffs are seeking to depose Attorney Cable as a fact witness to "specific events or occurrences in dispute."

      Attorney Cable's request for fees and costs is denied.

                            / s / Judith Gail Dein
                            Judith Gail Dein
                            United States Magistrate Judge

DATED:  March 17, 2005